**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

**DAVID MAY,**

                      **Plaintiff,**              **6:17-cv-942
                                                                                         (GLS/ATB)**

            **v.**

**INV. MANLEY** *et al.*

                      **Defendants.**
_____

**APPEARANCES:**                      **OF COUNSEL:**

**FOR PLAINTIFF:**

DAVID MAY
17-B-0570
Elmira Correctional Facility
Box 500
1879 Davis St.
Elmira, New York 14902-0500

**Gary L. Sharpe
Senior District Judge**

# ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on October 4, 2017. (Dkt. No. 10.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the Order and Report-Recommendation for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 10) is **ADOPTED** in its entirety; and it is further

**ORDERED** that this action is **DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim pursuant to *Heck v. Humphrey, supra*; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal taken from this order would not be taken in good faith; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

November 2, 2017
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge